Jtw:02.12.20

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB 13 PM 4: 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

DEPUTY

UNITED STATES OF AMERICA

v.

JAMEL McCLURKIN,

Defendant

*
*
*
*
*
*
*
*
*
*******

CRIMINAL NO. JKB 20-061

(Possession of a Firearm and
Ammunition by a Prohibited Person,
18 U.S.C. § 922(g)(1); Forfeiture, 18
U.S.C. § 924(d), 28 U.S.C. § 2461(c))

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about July 26, 2019, in the District of Maryland, the defendant,

## JAMEL McCLURKIN,

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm and ammunition, to wit, a Ruger, model P95,

9mm Luger, semi-automatic pistol, with serial number 31840287; and 16 rounds of 9mm

ammunition; and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1.      Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2.      As a result of the offense alleged in Count One of this Indictment, the defendant,

### JAMEL McCLURKIN,

shall forfeit to the United States the firearm involved in the commission of the offense, to wit, a a Ruger, model P95, 9mm Luger, semi-automatic pistol, with serial number 31840287; and 16 rounds of 9mm ammunition.


18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Robert K. Hur*
Robert K. Hur
United States Attorney


A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

2/13/2020
Date